Certificate Number: 03088-PAE-DE-031939080

Bankruptcy Case Number: 18-16787



03088-PAE-DE-031939080

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2018, at 7:37 o'clock PM CST, Michael G Valle completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 23, 2018    By:  /s/Dennis Nichols

   Name:  Dennis Nichols

   Title:  Counselor