IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF EASTERN PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                             :
            Michael G. Valle                       :    In Chapter 13
            Roberta D. Valle                       :
                                                   :    No. 18-16787-AMC
                        Debtor.                    :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 20-1 filed by the City of Philadelphia on June 17, 2019, in the amount of $66.33.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: June 18, 2019         By: /s/ Megan N. Harper
                                         Megan N. Harper
                                         Deputy City Solicitor
                                         PA Attorney I.D. 81669
                                         City of Philadelphia Law Department
                                         Tax & Revenue Unit
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0588 (facsimile)
                                         Email: Pamela.Thurmond@phila.gov